UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 10-14893-SPS
§
KAREN T. WHITEMON §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/09/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/18/2011                    By:  /s/ David P. Leibowitz
                                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (5/1/2011)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-14893-SPS |
| | § | |
| KAREN T. WHITEMON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,001.19
*and approved disbursements of* $20.66
*leaving a balance on hand of[1]:* $4,980.53

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,980.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,250.12 | $0.00 | $1,250.12 |
| David P. Leibowitz, Trustee Expenses | $2.06 | $0.00 | $2.06 |
| Lakelaw, Attorney for Trustee Fees | $770.00 | $0.00 | $770.00 |
| Lakelaw, Attorney for Trustee Expenses | $13.64 | $0.00 | $13.64 |

Total to be paid for chapter 7 administrative expenses: $2,035.82
Remaining balance: $2,944.71

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $2,944.71 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $2,944.71 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,490.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 84.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | $2,181.97 | $0.00 | $1,840.91 |
| 2 | Creditors Discount & Audit Co | $624.00 | $0.00 | $526.46 |
| 3 | Nicor Gas | $684.31 | $0.00 | $577.34 |

| | Total to be paid to timely general unsecured claims: | $2,944.71 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
```

In re:  
Karen T. Whitemon  
    Debtor

Case No. 10-14893-SPS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: bchavez     Page 1 of 1     Date Rcvd: Oct 19, 2011  
                    Form ID: pdf006     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2011.

```
db            +Karen T. Whitemon,    7844 S. Drexel Ave,    Chicago, IL 60619-3212
15367588       Bureau of Collection,    Recovery LLC,    PO Box 9001,    Minnetonka, MN 55345-9001
15367523       Chase,    PO Box 24696,    Columbus, OH 43224-0696
15367524      +Chase Home Financial LLC,    3415 Vision Dr,    Columbus, OH 43219-6009
15367608      +Chicago Title Land Trust Co,    171 N. Clark St. Ste 575,    Chicago, IL 60601-3368
15367648      +Christine A. Yahn,    934 E. 84th Place,    Unit B,    Chicago, IL 60619-6379
15367649      +Christine A. Yahn,    61 E. Carrer Plaza,    Chicago, IL 60653
15367613      +Citibank,    JC Christensen and Assoc,    PO Box 519,    Sauk Rapids, MN 56379-0519
15367609       City of Chicago Dept of,    Water Mgmt,    PO Box 94895,    Chicago, IL 60690-4895
15367587       Creditors Discount & Audit Co,    415 Main Street,    PO Box 213,    Streator, IL 61364-0213
15367614      +Linebarger Goggan Blair &,    Sampson, LLP,    PO Box 06268,    Chicago, IL 60606-0268,
                Stroger Hospital
15367650      +MBNA,    61 E. Carrer Plaza,    Chicago, IL 60653
15367611       Peoples Gas,    Chicago, IL 60687-0001
15367581       Wells Fargo Home Mortgage,    PO Box 10368,    Des Moines, IA 50306-0368
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15982230      +E-mail/Text: bankrup@nicor.com Oct 20 2011 01:19:48     Nicor Gas,    PO Box 549,
                Aurora IL 60507-0549
15367586      +E-mail/Text: bankrup@nicor.com Oct 20 2011 01:19:48     Nicor Gas,    PO Box 8350,
                Aurora, IL 60507-8577
15582429       E-mail/PDF: BNCEmails@blinellc.com Oct 20 2011 03:04:23      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Lakelaw
15367582       MBNA
15367612       United States Bankruptcy Court
15367585     ##+Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
15367647     ##+Christine A Yahn,    50 W Lake St.,    Oak Park, IL 60302-2635
15367610      ##The Village of Oak Park,    PO Box 94895,    Chicago, IL 60690-4895
                                                                                TOTALS: 3, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2011**          **Signature:** _/s/ Joseph Speetjens_